IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KHALIL CHRISTIAN, *et al.*, | : | |
|     *Plaintiffs*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| Sgt. WILLIAM ORR, *et al.*, | : | |
|     *Defendants*. | : | No. 08-2397 |

## ORDER

**AND NOW**, this 1st day of March, 2011, upon consideration of the Motions for Summary Judgment filed by Defendants Officer Christopher Eiserman (Docket No. 16), Sergeant Leonard McDevitt (Docket No. 17), and Sergeant William Orr, Officer Gerard Scanlan and the Borough of Sharon Hill (Docket No. 18), it is hereby **ORDERED** that the Motions are **DENIED** in part and **GRANTED** in part.

The Motions are **DENIED** except as to **(1)** the false arrest claims filed against all of the Officer Defendants by Plaintiffs Augustus Collins and Devin Gilliam; and **(2)** the *Monell* claim filed against Sharon Hill by Plaintiffs Augustus Collins, Devin Gilliam, and Khalil Christian.

The Motions are **GRANTED** as to these particular issues.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE